CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 3 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| R.J. KEYSTONE,<br>　　Petitioner, | )<br>)　Civil Action No. 7:05cv00366<br>) |
| v. | )　**FINAL ORDER**<br>) |
| GENE M. JOHNSON,<br>　　Respondent. | )　By: James C. Turk<br>)　Senior U.S. District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that respondent's motion to dismiss shall be and hereby is **GRANTED** and Keystone's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**. All other pending motions are hereby **DENIED as MOOT** and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 23rd day of January, 2006.

　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　Senior United States District Judge